# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT M. LANGDON,**

          **Petitioner,**

**-vs-**                                           **Case No. 6:04-cv-1435-Orl-31JGG**

**SECRETARY DEPARTMENT OF
CORRECTIONS and FLORIDA ATTORNEY
GENERAL,**

          **Respondents.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Petitioner, Robert M. Langdon, take nothing and the action be dismissed.

Date:  July 21, 2005

                                              SHERYL L. LOESCH, CLERK

                                              s/ *M. Pleicones*, Deputy Clerk